# EXHIBIT 1

# Evidence from Home Invasion
# Search of Buick Registered to ONYEWU



Selfie Zippered Jacket





Multiple



Lucky's B&W

FLUMO's DNA found
in water bottle from Buick



Cell Phones recovered belong to:



SUMO's DNA found
on Buick Front Passenger
Door Handle







**Cell Site Location Data**

Quaysa <u>Flumo</u>     Emmanuel <u>Sumo</u>     Enyinna <u>Onyewu</u>

















# EXHIBIT 2

# Subjects









Enyinna Onyewu





Quaysa Flumo









# EXHIBIT 3




# 2. Lucky Seven 1/3/18 at 3:58 pm
# 3215 24th St S, Arlington, VA

Vinf Gloves recovered as evidence at search of ONYEWU's residence on 3/8/18

Black Jacket is Ripped behind Right Shoulder during Fight showing orange lining





Shoes collected as evidence from 2/8 Home Invasion











Black Hoodie with White Draw Strings & Black/White Shoes







# EXHIBIT 4



# 3. Lucky's Beer & Wine 1/10/18 at 12:31
# 6863 New Hampshire Ave Takoma Park, MD





Enyinna Onyewu
6'3" 190 lbs

Quaysa Flumo
5'11" 160 lbs

Evidence Photo

Ripped Right Shoulder of Black Jacket showing orange lining

Lucky 7

Lucky's Beer & Wine

Onyewu arrested wearing dark colored hooded puffy jacket on 2/8/18

Evidence Photos